# UNITED STATES DISTRICT COURT
## for the Southern District of California

| | |
|---|---|
| Plaintiff(s)<br>v.<br><br>Defendant(s) | Case Number<br><br>**ORDER RE REQUEST TO PROCEED**<br>***IN FORMA PAUPERIS*** |

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby GRANTED.

Dated: _____   _____/s/_____

United States Magistrate Judge

---

**IT IS RECOMMENDED** that the Request to Proceed *In Forma Pauperis* be **DENIED** for the following reason(s):

     Inadequate showing of indigency      District Court lacks jurisdiction
     Legally and/or factually patently frivolous      Immunity as to
     Other:

Comments:

Dated: _____   _____

United States Magistrate Judge

---

**IT IS ORDERED** that the Request to Proceed *In Forma Pauperis* is hereby:

     GRANTED
     DENIED (see comments above). IT IS FURTHER ORDERED that:
         Plaintiff SHALL PAY THE FILING FEES IN FULL within 30 days or this case will be dismissed.
         This case is hereby DISMISSED immediately.
         This case is hereby REMANDED to state court.

Dated: _____   _____

United States District Judge